FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 8 2004
JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV001217 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| PATRICIA LOWNDES | : | PLAINTIFF |
| v. | : | |
| WYETH, et al. | : | DEFENDANTS |

## TRANSFER ORDER

Plaintiff has provided the information requested in the August 31, 2004 Order regarding transfer of this case. Based on that information, the United States District Court for the District of Massachusetts is a more appropriate venue for this case.

Under 28 U.S.C. §1404, this case is transferred to the United States District Court for the District of Massachusetts. Accordingly, the Clerk of the Court is directed to close this case and transfer it to that district.

Additionally, the Clerk of the Court is directed to send contemporaneous copies of this transfer order to the MDL panel to allow, to the extent possible, fast-tracking of a §1407 transfer of this case back to MDL-1507 for coordinated and consolidated pretrial proceedings. Counsel is reminded of their obligations under MDL Panel Rule 7.5(e) and directed to promptly notify the MDL Panel of the new case number designated to the case in the receiving district.

IT IS SO ORDERED this 8th day of ~~October~~ November, 2004.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11/8/04 BY _____

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

2

```
                                                          TERMED TRANSF
                                                          HLJ
                      U.S. District Court
         USDC for the Eastern District of Arkansas (Little Rock)

                 CIVIL DOCKET FOR CASE #: 04-CV-1217

Lowndes v. Wyeth, et al                                  Filed: 10/12/04
Assigned to: Judge William R. Wilson       Jury demand: Plaintiff
Demand: $0,000                             Nature of Suit: 365
Lead Docket: None                          Jurisdiction: Diversity
Dkt # in USDC E/D AR : is 4:04-cv-00355

Cause: 28:1332 Diversity-Product Liability


PATRICIA LOWNDES                    Zoe Littlepage
     plaintiff                      [COR LD NTC]
                                    Joshua H. Brockman
                                    [COR LD NTC]
                                    Littlepage Booth
                                    408 Westheimer Street
                                    Houston, TX 77006
                                    (713) 529-8000



     v.


WYETH, and its division
     defendant

WYETH PHARMACEUTICALS INC                     A TRUE COPY I CERTIFY
     defendant                                ...ES W. McCORMACK, CLERK

                                              By /s/ B McKnight  D.C.
PHARMACIA AND UPJOHN COMPANY
     defendant


PHARMACIA CORPORATION
     defendant


PFIZER INC
     defendant


GREENSTONE LTD
     defendant


BARR PHARMACEUTICALS, INC.

Docket as of November 10, 2004 9:43 am                    Page 1
```

```
Proceedings include all events.                                        TERMED
4:04cv1217 Lowndes v. Wyeth, et al
                                                                       TRANSF HLJ
      defendant


BARR LABORATORIES
      defendant


DURAMED PHARMACEUTICALS, INC.
      defendant
```

```
Proceedings include all events.                                    TERMED
4:04cv1217 Lowndes v. Wyeth, et al
                                                                   TRANSF HLJ
10/12/04   1        COMPLAINT with jury demand; filing fee of $150.00 pd,
                    receipt #116523 (kp) [Entry date 10/15/04]

10/12/04   --       In re Prempro case: Refer to Case No. 4:04-CV-355WRW and
                    Case No. 4:03-CV-1507 for prior entries; Letter received
                    from attorney (kp) [Entry date 10/15/04]
                    [Edit date 10/18/04]

11/8/04    2        TRANSFER ORDER by Judge William R. Wilson that based on the
                    information requested in the 8/31/04 and provided by pltf,
                    the Clerk is directed to close this case and transfer to the
                    District of Massachusetts; Clerk is directed to send copies
                    of this transfer order to the MDL Panel; counsel is reminded
                    to notify the MDL Panel of the new case number designated to
                    the case in the receiving district; Case transferred to the
                    District of Massachusetts (cc: all counsel) (bm)
                    [Edit date 11/09/04]
```