**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK

(501)604-5351
FAX(501)604-5325

April 5, 2005

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

  Re: MDL No. 1507 - In re Prempro Products Liability Litigation
     E.D. AR Master Case Number 4:03CV01507 WRW
     Patricia Lowndes v. Wyeth, et al - Your Case No. 1:04-12423
     Arlene Joppru v. Wyeth, et al - Your Case No. 1:04-12424

Dear Ms. Thornton:

  I am hoping that you will look into a matter concerning a civil case file that should have been transferred to our district. On February 3, 2005, we notified your office of the conditional transfer order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above-referenced civil cases to the Eastern District of Arkansas. These cases were made part of the Prempro Products Liability Litigation (MDL-1507) that was assigned to the Honorable William R. Wilson, Jr. We are concerned that your office may not have received our letter of February 3, 2005, since we have not received the original record or a certified copy of the docket entries in these cases from your office.

  Enclosed are certified copies of the conditional transfer order of February 1, 2005. Please send the original pleadings and certified copies of the docket entries in these cases: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website.

  Please call me if you have any questions concerning this matter.

            Sincerely,

            DENNIS J. WYSOCKI
            CHIEF DEPUTY OF OPERATIONS

DJW/rm
Enclosures

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK                                                                                               (501)604-5351

February 3, 2005

Bill Ruane
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Room 2300
Boston, Massachusetts 02210-3002

Re:   MDL No. 1507 - In re Prempro Products Liability Litigation
      E.D. AR Master Case Number 4:03CV01507 WRW
      Patricia Lowndes v. Wyeth, et al - Your Case No. 1:04-12423
      Arlene Joppru v. Wyeth, et al - Your Case No. 1:04-12424

Dear Mr. Ruane:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on February 1, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*James W. McCormack*

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:   Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

JAN 26 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 01 2005

(SEE ATTACHED SCHEDULE)

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-39)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,640 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 26 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
BY _____

511

# SCHEDULE CTO-39 - TAG ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

**ALABAMA MIDDLE**
ALM    2    04-1080        Shirley Waites, et al. v. Wyeth, et al.

**ARKANSAS WESTERN**
ARW    1    04-1108        Linda Sinclair v. Wyeth, et al.
ARW    5    04-5306        Linda Reeves v. Wyeth, Inc.

**CALIFORNIA CENTRAL**
CAC    2    04-8652        Pushpa Shah, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8653        Sandy Heller, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8654        Helen Epstein, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8656        Barbara Krol, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8657        Leah Alper, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8658        Linda Troutman, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8782        Judith Hawthorne, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8785        Karen Shareff v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8786        Marilyn Steinman v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8787        Betty Andelson v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8788        Willa Weissmer, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8789        Eileen Wasser v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8791        Ferdous Broumandi, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8793        Elaine McMurray v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8794        Virginia Mullikin v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8796        Carolyn Engel, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8797        Miriam Reinhardt v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8798        Judith Kriss v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8799        Barbara McBride, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8800        Klaire Markham, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8803        Rebeca Indyk, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8804        Suzanne Kaplan, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8805        Judy Kravitz, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8806        Ofelia Rodriguez, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8807        Barbara Shelburne, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8808        Janice Gratz, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8809        Sandra Ley, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8810        Joyce Baron v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-8990        Diana Jean May Vogelbaum, et al. v. Wyeth, et al.
CAC    2    04-8993        Peggy Ann Grant, et al. v. Wyeth, et al.
CAC    2    04-8999        Mary Mathews, et al. v. Wyeth, et al.
CAC    2    04-9244        Marie Hadji v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-9246        Kimiko McCown, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC    2    04-9248        Louise Magener, et al. v. Wyeth Pharmaceuticals, Inc., et al.

**CALIFORNIA NORTHERN**
CAN    3    04-3822        Mildred Rimmer v. Wyeth Pharmaceuticals, Inc., et al.

**CONNECTICUT**
CT    3    04-1811        Tina Rich v. Wyeth, et al.

SCHEDULE CTO-39 TAG-ALONG ACTIONS (MDL-1507)

DISTRICT DIV. C. A.# 	Page 2 of 3

FLORIDA MIDDLE
- FLM 8 04-2507 — Marjorie Bonnett v. Wyeth, Inc., et al.
- FLM 8 04-2508 — Susan Dye v. Wyeth, Inc., et al.
- FLM 8 04-2509 — Sandra Danitz v. Wyeth, Inc., et al.
- FLM 8 04-2510 — Evelyn Gutchman v. Wyeth, Inc., et al.
- FLM 8 04-2511 — Jeanne Turonis v. Wyeth, Inc., et al.
- FLM 8 04-2512 — Patricia S. Baldy v. Wyeth, Inc., et al.
- FLM 8 04-2513 — Mary Lou Wittig v. Wyeth, Inc., et al.
- FLM 8 04-2535 — Stephanie T. Fowle v. Wyeth, Inc., et al.
- FLM 8 04-2553 — Joan Supplee v. Wyeth, Inc., et al.
- FLM 8 04-2599 — Roberta Costa v. Wyeth, Inc., et al.

GEORGIA NORTHERN
- GAN 1 04-2978 — Janelle Posey, et al. v. Wyeth, et al.
- ~~GAN 1 04-2980 — June Lewallen v. Wyeth, et al.~~ Opposed 1/26/05
- GAN 4 04-266 — Betty Matthews v. Wyeth, Inc., et al.

GEORGIA SOUTHERN
- GAS 4 04-199 — Mary Brown v. Wyeth, Inc., et al.

IDAHO
- ID 1 04-560 — Darlene Lee v. Wyeth, et al.

ILLINOIS NORTHERN
- ILN 1 04-5377 — Lynn Leader, et al. v. Wyeth, et al.

KENTUCKY WESTERN
- KYW 3 04-633 — Ann Sims Barnes, et al. v. Wyeth, Inc., et al.

MASSACHUSETTS
- MA 1 04-12423 — Patricia Lowndes v. Wyeth, et al.
- MA 1 04-12424 — Arlene Joppru v. Wyeth, et al.

MINNESOTA
- MN 0 04-4293 — Eleanor Daly v. Wyeth, et al.
- MN 0 04-4888 — Beverly Adams v. Wyeth, et al.
- MN 0 04-4938 — Barbara Handelman v. Wyeth, et al.
- MN 0 04-4939 — Barbara Vaulet v. Wyeth, et al.

MISSISSIPPI NORTHERN
- ~~MSN 1 04-263 — Jimmie Ann Lambert v. Wyeth, Inc., et al.~~ Opposed 1/21/05
- MSN 1 04-361 — Virginia Sheffield v. Wyeth, Inc., et al.

MONTANA
- MT 1 04-155 — Emily Heth, et al. v. Wyeth, et al.

NEVADA
- ~~NV 2 04-1592 — Gloria Womack, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1593 — Betty Kruger, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1594 — Elaine Pierce, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1595 — Norma Early, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1596 — Ruselle Campbell, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1597 — Marlene Russing, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1598 — Marion Manausa, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1599 — Darlene Auburn, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1600 — Ruth Albin-Hering, et al. v. Wyeth, et al.~~ Opposed 1/26/05
- ~~NV 2 04-1601 — Dorene Knowles, et al. v. Wyeth, et al.~~ Opposed 1/26/05

SCHEDULE CTO-39 TAG-ALONG ACTIONS  (MDL-1507)

Page 3 of 3

DISTRICT DIV. CIVIL ACTION#

~~NV        2    04-1602        June Brooks, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1606        Linda Schecht, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1607        Janice Weish, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1608        Dolly Tucker, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1609        Valorie Delcontie, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1610        Permentha Pampe, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1611        Nancy Mosner, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1612        Carol Einhorn, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1613        Vesta Woodhouse, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1614        Sally Hellman, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1615        Shirley Wernikove, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1616        Elizabeth Gerbert, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        2    04-1617        Judy Pivar, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        3    04-672         Shyrl Bailey, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        3    04-673         Linda Baumgardner, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        3    04-674         Diane Davis, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        3    04-675         Lorraine Van Brocklin, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV        3    04-681         Carol McCreary, et al. v. Wyeth, et al.~~ Opposed 1/26/05

NEW YORK NORTHERN
    NYN    1    04-1319        Nina Schilling v. Wyeth, et al.

NEW YORK SOUTHERN
    NYS    1    04-8996        Dorothea Bishop v. Wyeth, Inc., et al.
    NYS    1    04-9443        Barbara Frank v. Wyeth, et al.

OHIO NORTHERN
    OHN    3    04-7679        Cathy Hilkens, et al. v. Wyeth, et al.
    OHN    3    04-7708        Donna Toitch, et al. v. Wyeth, Inc., et al.

OREGON
    OR     3    04-1706        Rebecca Noyes, et al. v. Wyeth, et al.

SOUTH CAROLINA
    SC     3    04-23274       Bette McClure, et al. v. Wyeth, et al.

TEXAS NORTHERN
    TXN    3    04-2181        Mary L. Bush v. Wyeth, Inc., et al.

UTAH
    UT     1    04-164         Lynda MacKenzie v. Wyeth, et al.

VIRGINIA WESTERN
    VAW    1    04-119         Louise Meade, et al. v. Wyeth, Inc., et al.

VERMONT
    VT     2    04-328         Pamela Zarra-Redden v. Wyeth, et al.