

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**

Dennis J. Wysocki

USDC, Eastern District of Arkansas

600 West Capitol Ave, Suite 402

Little Rock, Arkansas 72201-3325

**RE:**

CIVIL ACTION #. 04-12423

CRIMINAL #.

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on 2/3/05 by the Honorable Patti B. Saris.

    The following documents are included in our file and transmitted herewith:

    ( x )    Certified copy of the docket entries;

    ( x )    Certified copy of the transferral order;

    ( x )    Original documents numbered  1, 2, and 4

    (   )

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    SARAH A. THORNTON
    CLERK OF COURT

Date: 4/19/05                  By: /s/ Christine M. Patch
                                         Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

                                    By: _____
                                          Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)